# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES STUDER, *etc.*, | Case No. CV10-1750 GAF (FMOx) |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL OF ACTION IN ITS ENTIRETY |
| PARA-SONG MUSIC, *etc.*, *et al.*, | |
| Defendants. | |
| DIAMOND E MUSIC, INC., *etc.*, *et al.*, | |
| Counterclaimaints, | |
| vs. | |
| JAMES STUDER, | |
| Counterdefendant. | |

# ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and as to all parties, with prejudice and with plaintiff and counterdefendant, on the one hand, and defendants and counterclaimants, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 27, 2011

*[signature: Gary Feess]*

The Honorable Gary A. Feess
United States District Judge

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Defendants and Counterclaimants
DIAMOND E MUSIC, INC. and DIAMOND MINE PRODUCTIONS, INC., and Defendants
MICHAEL EGIZI and ROBERT DEMARCO

1